**STATE of Louisiana, Calcasieu Parish, Lakes Charles, Louisiana.**

**No. 49174.**

April 4, 1968

Writ refused. It does not appear that applicant has exhausted his remedies in the trial court.

208 So.2d 327

**STATE of Louisiana**

**v.**

**Howard FUNK.**

**No. 49176.**

April 4, 1968.

The application is denied. This court will not interfere with the orderly procedure in the trial of cases save and except when the ruling complained of is palpably erroneous, and then only if irreparable injury will ensue. Defendant has an adequate remedy by appeal in the event of conviction.